452 Å.2d 40

Commonwealth v. Royster, Appellant.
Petition for Allowance of Appeal Denied Feb. 14, 1983.

Submitted November 6, 1981. Barnaby C. Wittels, for appellant; Steven J. Cooperstein, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BECK and LIPEZ, JJ.

Affirmed.

SPAETH, J., concurred in the result.

452 A.2d 41

Commonwealth v. Santana, Appellant.
Petition for Allowance of Appeal Denied Feb. 7, 1983.

Submitted January 12, 1982. John H. Corbett, Assistant Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before HESTER, BECK and VAN der VOORT, JJ.

Judgment of sentence affirmed.